FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 07 2007

JAMES N. ___, CLERK
By: ___ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LINDA ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN MORTGAGE CORPORATION,<br><br>    Defendant. | Civil Action File<br>No. 1:07-CV-01543-TWT-LTW |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff LINDA ALLEN and Defendant CHASE MANHATTAN MORTGAGE CORPORATION have manually filed the following document:

Notice of Dismissal with Prejudice

This document was not electronically filed because when attempting to file this document using the Court's CM/ECF system, the following error was returned by the system: "An Internal Error has occurred the error code 71. – 1 ( )-(38695 15)" and "An Internal Error has occurred the error code 70. -1." A copy of the error message is attached hereto as Exhibit "A."

This document has been manually served on all parties of record.

Dated: this 7th day of November, 2007

*[signature]*
John C. Porter, Jr.
Georgia Bar No. 584800
jporter@sbpllplaw.com
COUNSEL FOR CHASE MANHATTAN
MORTGAGE CORPORATION

**SMILEY BISHOP & PORTER LLP**
1050 Crown Pointe Parkway
Suite 1250
Atlanta, GA 30338-7707
Telephone: (770) 829-3850
Facsimile: (770) 673-0270

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF MANUAL FILING was served by United States First Class Mail; postage prepaid, on November 7, 2007, upon:

Ralph Goldberg
Goldberg & Cuvillier, P.C.
755 Commerce Drive, Suite 600
Decatur, GA 30030

*[signature]*
John C. Porter, Jr.

2

## RULE 5.1 CERTIFICATION

I, JOHN C. PORTER, JR., certify that the foregoing has been prepared in Times New Roman 14 font and is in compliance with United States District Court, Northern District of Georgia Local Rule 5.1.

_____
John C. Porter, Jr.
Georgia Bar No. 584800
jporter@sbpllplaw.com